UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MAHER YADAK,

      Plaintiff,

vs.

CONN APPLIANCES INC.,

      Defendant.

Case No.: 3:15-cv-00045-FM

STIPULATION OF DISMISSAL

      COMES NOW Plaintiff MAHER YADAK, by and through his attorney, Matthew T. Sheffield, and Defendant CONN APPLIANCES INC., by and through their attorney of record Michael A. Harvey, hereby notify the Court that the parties have resolved this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), both Plaintiff and Defendant jointly request this Court dismiss the action with prejudice, both parties to bear own costs.

Date: February 29, 2016

By: _s/ Matthew T. Sheffield_____
   Attorney for Plaintiff
   Matthew T. Sheffield, Esq.
   Law Offices of Michael Lupolover
   120 Sylvan Avenue, Suite 300
   Englewood Cliffs, NJ 07632
   (T): (201) 461-0059
   (F): (201) 608-7116
   (E): ms@lupoloverlaw.com

By: _s/ Michael A. Harvey Esq._____
   Attorney for Defendant
   Michael A. Harvey, Esq.
   State Bar No. 24058352
   700 Milam Street, Suite 2700
   Houston, TX 77002
   (T): (713) 222-4068
   (F): (713) 222-5868
   (E): mharvey@munsch.com